**IN THE UNITED STATES DISTRICT COURT**
**DISTRICT OF SOUTH CAROLINA**
**FLORENCE DIVISION**

| | | |
|---|---|---|
| Mother and Father Doe, individually and as parents of John Doe, a minor, | ) | C/A NO.: 4:23-cv-4814-RBH |
| | ) | |
| Plaintiffs, | ) | **NOTICE OF REMOVAL** |
| | ) | **28 U.S.C. § 1441, 1446** |
| vs. | ) | **ON BEHALF OF** |
| | ) | **THE DEFENDANT** |
| Horry County School District a/k/a Horry County Schools, | ) | |
| | ) | |
| Defendant. | ) | |
| _____ | ) | |

The Defendant Horry County School District a/k/a Horry County Schools, by and through

its undersigned attorneys, hereby gives notice of the removal of this action from the Court of

Common Pleas, Horry County, South Carolina, to the United States District Court for the District

of South Carolina, Florence Division.   The grounds for removal are as follows:

1.      Upon information and belief, the Summons and Complaint were filed in the Horry

County Court of Common Pleas on or about May 15, 2023.

2.      Upon information and belief, the Summons and Complaint was improperly served

upon this Defendant on or about June 7, 2023.

3.      This action is now pending in Horry County Court of Common Pleas, designated

as case number 2023-CP-26-03040.

4.      An Order of Default was filed in State Court in this case.   The Defendant has filed

a Motion to Set Aside Default (State Court Documents) and now removes this case to Federal

Court based on federal question jurisdiction within thirty (30) days of receiving notice of the State

1

Court Complaint and Order of Default.

5. The Plaintiffs have alleged that the Defendant denied Plaintiffs their Fourth and Fifth Amendment rights under the Constitution of the United States under 42 U.S.C. § 1983 (See Complaint). Accordingly, this civil action is removable under 28 U.S.C. § 1441. This Court has jurisdiction pursuant to 28 U.S.C. §§ 1331 and 1343 because this case involves a federal question.

6. This Court also has supplemental jurisdiction over any perceived state court claims asserted by Plaintiffs in the Complaint pursuant to 28 U.S.C. § 1367.

7. The Florence Division is the proper venue inasmuch as the events in controversy took place within the Florence Division.

8. The Defendant has attached to this Notice and filed herewith copies of pleadings and all filings in State Court in this action as required by 28 U.S.C. § 1446 (A). (See Exhibit A.)

9. The Defendant is providing Plaintiffs' counsel and the Clerk of Horry County Court of Common Pleas in South Carolina written notice of the removal of this action as required by 28 U.S.C. § 1446 (D).

WHEREFORE, the Petitioner prays that the above-entitled case be removed to this, the United States District Court for the District of South Carolina, Florence Division.

*(See signature block on next page)*

2

This the 26th day of September, 2023.

WE SO MOVE:
Lisa A. Thomas, Fed ID #9950
Patrick L. Huff, Fed ID #13925
*Attorneys for the Defendant*

s/ Lisa A. Thomas
Richardson, Plowden & Robinson, P.A.
2103 Farlow Street
Myrtle Beach, SC 29577
(843) 443-3580 – voice (LAT)
(843) 353-4640 – voice (PLH)
LThomas@RichardsonPlowden.com
PHuff@RichardsonPlowden.com

Myrtle Beach, South Carolina